```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611157523
Cashier ID: almaceh
Transaction Date: 12/21/2021
Payer Name: denbeste soils
-----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: paul den beste
 Case/Party: D-CAN-3-21-CV-009863-001
 Amount:        $402.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2088
 Amt Tendered:  $402.00
-----------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

SK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```