

PRIORITY MAIL EXPRESS 1–DAY

PAUL DEN BESTE
30357 RIVER RD
CLOVERDALE CA 95425-3506

C004   0007

NO SUNDAY OR HOLIDAY DELIVERY
WAIVER OF SIGNATURE REQUESTED

SHIP TO:
US DISTRICT COURT NOR-CAL SF DIST
COURT CLERK 16TH FLOOR
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3400

US POSTAGE AND FEES PAID
PM EXPRESS
Dec 14 2021
Mailed from ZIP 95425
PME Flat Rate Env
17345549
Commercial Plus Pricing
062S0011714842

RECEIVED
DEC 15 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

USPS TRACKING #

9470 1118 9956 1346 1934 90

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY MAIL EXPRESS®
FLAT RATE ENVELOPE
ONE RATE • ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.
USPS.COM/PICKUP

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®




**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.